UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LASHAUN CASEY, | : | CIVIL NO: 1:21-cv-01367 |
| Plaintiff, | : | (Magistrate Judge Schwab) |
| v. | : | |
| UNITED STATES OF AMERICA, | : | |
| Defendant. | : | |

## ORDER
November 10, 2021

We are in receipt of Casey's motion to appoint counsel (*doc. 15*) and his motion for an extension of time to file a certificate of merit (*doc. 16*). Because we have already denied Casey's previous motion to appoint counsel (*doc. 11*) and Casey does not provide any new justification for why he should be appointed counsel, **IT IS ORDERED** that Casey's motion (*doc. 15*) for the appointment of counsel is **DENIED**. Upon consideration of Casey's motion for an extension of time to file a certificate of merit pursuant to Pennsylvania Rule 1042.3, **IT IS ORDERED** that Casey's motion (*doc. 16*) is **GRANTED.**

Casey shall file his certificate of merit on or before **December 10, 2021**.[1]

                                                                                  *S/Susan E. Schwab*
                                                                                  Susan E. Schwab
                                                                                  United States Magistrate Judge

---

[1] We are also in receipt of Casey's notice (*doc. 17*) requesting clarification as to where his mail should be addressed.  Casey can continue to file his documents with either the Scranton or Harrisburg courthouse.  If Casey wishes to file with the Harrisburg courthouse, the address is:
Office of the Clerk
U.S. District Court
Middle District of Pennsylvania
228 Walnut Street,
P.O. Box 983
Harrisburg, PA 17108