UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LASHAUN CASEY, | : | CIVIL NO: 1:21-cv-01367 |
| Plaintiff, | : | (Magistrate Judge Schwab) |
| v. | : | |
| UNITED STATES OF AMERICA, | : | |
| Defendant. | : | |

**ORDER**
January 20, 2022

Upon consideration of Defendant's motion to stay (*doc. 27*), **IT IS ORDERED** that the motion is **GRANTED**. The proceedings in this case are stayed until Plaintiff either files the required Certificate of Merit ("COM") or informs the Court or Defendant's counsel that he is proceeding without a COM. Within 30 days of Plaintiff either filing the required COM or informing the Court he will be proceeding without a COM, Defendant shall file a response to Plaintiff's complaint.

*S/Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge