UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LASHAUN CASEY, | : | CIVIL NO. 1:21-CV-01367 |
| | : | |
| Plaintiff, | : | (Magistrate Judge Schwab) |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Defendant. | : | |

**ORDER**
March 31, 2023

For the reasons set forth in the memorandum opinion filed concurrently with this order, **IT IS ORDERED** that the United States' motion to dismiss the complaint (*doc. 53*) is **GRANTED** insofar as the motion seeks the dismissal of claims based on Dr. Mogerman's action or inaction.  **IT IS FURTHER ORDERED** that the motion for summary judgment (*doc. 53*) is **GRANTED** as to the remaining claims.

*S/Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge